**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

**MARIO ESCALANTE,**

Plaintiff

v. **Case No. 1:25-cv-218**

**LINCOLN NATIONAL LIFE**
**INSURANCE COMPANY,**

Defendant.

**PLAINTIFF'S LIST OF FINANCIALLY INTERESTED ENTITIES**

COMES NOW, Mario Escalante, by his attorney, Justin S. Raines, RGV DISABILITY, PLLC, and in compliance with the Order Setting Initial Pretrial Conference, identifies the following entities that are financially interested in this litigation, including parent, subsidiary, and affiliated corporations as well as all known attorneys of record.

Name: The Lincoln National Life Insurance Company

Address: 100 NORTH GREENE STREET, GREENSBORO, NC 27401

Domicile City: FORT WAYNE, IN

Attorney of Record: No Appearances Entered

Parent, Subsidiary, and affiliated corporations: Unknown

Respectfully submitted,

RGV DISABILITY, PLLC

By: /s/ Justin S. Raines
Justin S. Raines
PO Box 2069
Harlingen, TX 78551
Phone: (833) 374-8774
Fax: (956) 300-6166

justin@rgvdisability.com
Attorney for Plaintiff

CERTIFICATE OF SERVICE

I certify that I filed the above paper with the Court's electronic filing system with instructions to serve all counsel of record.

By: /s/ Justin S. Raines
Justin S. Raines