United States District Court
Southern District of Texas
**ENTERED**
December 01, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIO ESCALANTE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:25-CV-218 |
| | § | |
| LINCOLN NATIONAL | § | |
| LIFE INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

The Court has reviewed the parties' Joint Discovery/Case Management Plan Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure (Doc. 10). Based on a review of the document and the rest of the record, the Court concludes that no issues exist that require discussion at the Initial Pretrial Conference currently scheduled for December 2, 2025. As a result, it is:

**ORDERED** that the Initial Pretrial Conference currently scheduled December 2, 2025, is canceled.

The Court will separately issue a Scheduling Order.

Should a party believe that an issue exists that requires the Court's attention, the party shall contact the Court's Case Manager to schedule a status conference.

Signed on December 1, 2025.

Fernando Rodriguez, Jr.

Fernando Rodriguez, Jr.
United States District Judge