United States District Court
Southern District of Texas
**ENTERED**
January 22, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIO ESCALANTE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:25-CV-218 |
| | § | |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**SCHEDULING ORDER**

1. Motion to join new parties must be filed by: February 3, 2026

2. Party with burden on an issue shall name expert(s) and produce report(s) by: February 24, 2026

3. Rebuttal expert(s) shall be named and report(s) produced by: April 21, 2026

4. Discovery must be completed by: July 14, 2026

   *Counsel may agree to continue discovery beyond the deadline. Absent exceptional circumstances, the Court will not grant a continuance because of information acquired in post-deadline discovery.*

5. Dispositive Motions and Motions to Exclude an Expert Witness must be filed by: July 28, 2026

6. Plaintiff(s) must file the Joint Pretrial Order by: November 17, 2026

7. Parties must file motions in limine and objections to proposed trial exhibits and witnesses by: November 24, 2026

8. Final Pretrial Conference is set for 1:30 p.m. on: December 1, 2026

   *The Court will schedule jury selection and/or the trial date at the Final Pretrial Conference.*

Signed on January 22, 2026.

Fernando Rodriguez, Jr.
Fernando Rodriguez, Jr.
United States District Judge