United States District Court
Southern District of Texas
**ENTERED**
May 07, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIO ESCALANTE, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 1:25-CV-218 |
| | § | |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**ORDER**

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), the parties have jointly stipulated to voluntarily dismiss the action with prejudice and that each party will bear its own attorney's fees and costs. (Joint Stipulation, Doc. 13) The Joint Stipulation dismisses this action without court order.

The Clerk of Court is directed to close this matter.

Signed on May 7, 2026.

Fernando Rodriguez, Jr.
Fernando Rodriguez, Jr.
United States District Judge